B2500A (Form 2500A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re:  Jamieson CAPEX Fund, LLC
Debtor

Bankruptcy Case No.: **24–30422**
Chapter **11**

Jamieson CAPEX Fund, LLC

Plaintiff(s)

Adv. Proc. No.: **24–07030**

v.

Karen J. Tyler, in her official capacity as the Securities
Commissioner of the North Dakota Department of
Securities,
and The State of North Dakota,
Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Kay A. Melquist
Clerk, U.S. Bankruptcy Court
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102–4932

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Maurice VerStandig (Attorney for Plaintiff)
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DATE ISSUED: November 19, 2024

Kay A. Melquist
Clerk, U.S. Bankruptcy Court

BY: /s/ Caryl Krone
Deputy Clerk