IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JAMIESON CAPEX FUND, LLC., | ) | |
| | ) | Adversary Case No. 24-07030 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KAREN J. TYLER, in her official capacity | ) | |
| as the Securities Commissioner of the | ) | |
| North Dakota Department of Securities, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| THE STATE OF NORTH DAKOTA, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE

I HEREBY CERTIFY that on this 25th day of November, 2024, I caused a copy of (i) the Complaint for Turnover of Property and Economic Damages (DE #1);[1] and (ii) the Summons in an Adversary Proceeding (DE #2) to be served, via first class mail, postage prepaid, upon:

Drew H. Wrigley, Esq.
North Dakota Attorney General's Office
600 E. Boulevard Ave Dept. 125
Bismarck ND 58505

Karen Tyler
North Dakota Securities Department
600 East Boulevard Ave, State Capitol, 14th Fl.
Bismarcj ND 58505

---

[1] The complaint was modified from the version found on the docket herein solely to correct the inclusion of an errant case number in the caption. No other changes or alterations were made to the document.

1

Pursuant to Federal Rule of Bankruptcy Procedure 7004(b)(6) and N.D. R. Civ. P. 4(F), I reasonably construe Drew H. Wrigley, Esq. to be the "attorney general" of the State of North Dakota and, as such, the proper person to be served with the foregoing documents on behalf of the State of North Dakota.

Respectfully submitted,

Dated: November 25, 2024    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*