IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30422 |
| | ) | (Chapter 11) |
| JAMIESON CAPEX FUND, LLC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JAMIESON CAPEX FUND, LLC., | ) | |
| | ) | Adversary Case No. 24-07030 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY KARSKY, in his official | ) | |
| Capacity as the Commissioner | ) | |
| of the North Dakota Department of | ) | |
| Securities, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SUBSTITUTION OF PARTY

Comes now Jamieson CAPEX Fund, LLC, by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 7025 and Federal Rule of Civil Procedure 25, and gives notice that Timothy Karsky has succeeded Karen Tyler as the Commissioner of the North Dakota Department of Securities and, as such, is "automatically substituted as a party," Fed. R. Civ. P. 25(d), in this action.

*[Signature on Following Page]*

1

                        Respectfully submitted,

Date: December 26, 2024        By:   /s/ Maurice B. VerStandig
                                               Maurice B. VerStandig, Esq.
                                               The Dakota Bankruptcy Firm
                                               1630 1st Avenue N
                                               Suite B PMB 24
                                               Fargo, North Dakota 58102-4246
                                               Phone: (701) 394-3215
                                               mac@dakotabankruptcy.com
                                               *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of December, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

                                               /s/ Maurice B. VerStandig
                                             Maurice B. VerStandig

2