UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Jamieson CAPEX Fund, LLC,<br><br>                       Debtor.<br>_____/<br>Jamieson CAPEX Fund, LLC,<br><br>                       Plaintiff,<br><br>vs.<br><br>Timothy Karsky, in his official capacity as the Securities Commissioner of North Dakota Department of Securities,<br><br>and<br><br>The State of North Dakota,<br><br>                       Defendants.<br>_____/ | Bankruptcy No. 24-30422<br>Chapter 11<br><br><br><br><br><br><br><br>Adversary No. 24-07030 |

**SCHEDULING AND DISCOVERY ORDER**

1. The parties shall make Rule 26(a)(1) disclosures by **2/7/2025** [Summarize any agreements on the subject matter, timing and form of Rule 26(a)(a) disclosures, but do not submit the disclosures to the Court].[1]

2. The parties shall have until **2/28/2025** to move to join additional parties and/or to move to amend pleadings to add claims or defenses, including claims for exemplary damages.

3. Plaintiff shall have until **4/9/2025** to identify the subject matter/discipline of expert witnesses to be used at trial. The identification shall be served on other parties, but not filed with the Court.

4. Defendant shall have until **5/9/2025** to identify the subject matter/discipline of expert witnesses to be used at trial. The identification shall be served on other parties, but not filed with the Court.

---

[1] Rules 16, 26, 30, 33 of the Federal Rules of Civil Procedures apply in bankruptcy adversary proceedings. See Federal Rules of Bankruptcy Procedure 7016, 7026, 7030, 7033.

5. The parties shall have until **6/4/2025** to provide the names and complete reports of expert witnesses required to provide written reports under Rule 26(a)(2). Reports shall be served on other parties, but not filed with the Court. Counsel are reminded of their duty to timely supplement disclosures and discovery responses pursuant to Rule 26(e).

6. The parties shall have until **6/20/2025** to complete fact and expert discovery and to file discovery motions. No party shall be required to respond to any discovery request which falls due after this date.

7. The parties are authorized to serve not more than 50 interrogatories, including subparts.

8. Jurisdiction of this Court is not disputed. Defendants dispute that this Court has authority to enter a final order in this case. Defendants are granted until **6/20/2025**, to challenge the jurisdiction of the Bankruptcy Court and seek an appropriate remedy or consent to Bankruptcy Court entering a final order and judgment.

9. The parties shall have until **8/8/2025** to file dispositive motions (summary judgment as to all or part of the case).

10. Depositions taken for presentation at trial shall be completed at least **14** days before trial.

11. The estimated length of trial is **2-4** days.

**ORDERED.**

Dated: January 16, 2025.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT