# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br>JAMIESON CAPEX FUND, LLC,<br><br>         Debtor. | **Bankruptcy No.: 24-30422**<br><br>**Chapter 11** |
| JAMIESON CAPEX FUND, LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>TIMOTHY KARSKY, in his official capacity as the Securities Commissioner of North Dakota Department of Securities,<br><br>and<br><br>THE STATE OF NORTH DAKOTA,<br><br>         Defendants. | **Adversary No. 24-07030** |

## ORDER GRANTING MOTION TO AMEND ANSWER

Defendants Timothy Karsky, in his official capacity as the Securities Commissioner of the North Dakota Department of Securities ("Commissioner Karsky") and the State of North Dakota timely filed and properly served their Motion to Amend Answer. The Court received no objections. The Court finds that the proposed amendment will cause no undue delay or prejudice to Plaintiff and the interests of justice are served by allowing the amendment. The motion is granted. Defendants may file their Amended Answer.

Dated: March 20, 2025.

                /s/ Shon Hastings
                Shon Hastings, Judge
                United States Bankruptcy Court