# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br>JAMIESON CAPEX FUND, LLC,<br>                              Debtor. | **Bankruptcy No.: 24-30422**<br>**Chapter 11** |
| JAMIESON CAPEX FUND, LLC,<br>                              Plaintiff,<br>     vs.<br>TIMOTHY KARSKY, in his official capacity as the Securities Commissioner of North Dakota Department of Securities,<br>and<br>THE STATE OF NORTH DAKOTA,<br>                              Defendants. | **Adversary No. 24-07030** |

## STIPULATED MOTION TO CONTINUE TRIAL

The parties hereby jointly respectfully request that the Court find good cause to grant a relatively short continuance to the trial scheduled for October 14-17, 2025, to sometime in November or December 2025. The Court appears to have availability to move the trial during that timeframe and the parties have availability during that timeframe as well.  The primary reason for the continuance is that the North Dakota Securities Commissioner position is being eliminated, and the Securities Department will fall into the department that is overseen by the Insurance Commissioner.  While this change has a general impact on the case, including one of the named defendants, it also impacts, among other things, settlement discussions and the ability of the parties to attempt to resolve this matter.  Therefore, the parties jointly request that the Court grant the parties a continuance of the trial.

1

| | |
|---|---|
| Dated: May 21, 2025 | */s/ Berly D. Nelson*<br>Berly D. Nelson (ND #05903)<br>Ana A. Neir (ND #09142)<br>Special Assistant Attorney Generals<br>10 Roberts Street North<br>Fargo, ND 58102-4982<br>Phone: 701.232.8957<br>Fax: 701.237.4049<br>bnelson@serklandlaw.com<br>aneir@serklandlaw.com<br>***Attorneys for the Commissioner of the North Dakota Securities Department and the State of North Dakota*** |
| Dated: May 21, 2025 | */s/ Maurice B. VerStandig*<br>Maurice B. VerStandig<br>Christianna A. Cathcart (ND #10095)<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1st Avenue North, Suite B PMB 24<br>Fargo, North Dakota 58102-4246<br>Phone: (701) 394-3215 | (701) 970-2770<br>mac@dakotabankruptcy.com<br>christianna@dakotabankruptcy.com<br>***Attorneys for Plaintiff*** |

2