# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br>JAMIESON CAPEX FUND, LLC,<br><br>　　　　　　　　　　　　　Debtor. | **Bankruptcy No.: 24-30422**<br><br>**Chapter 11** |
| JAMIESON CAPEX FUND, LLC,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>TIMOTHY KARSKY, in his official capacity as the Commissioner of the North Dakota Department of Securities,<br><br>　　　　　　　　　　　　　Defendants. | **Adversary No. 24-07030** |

## STIPULATION FOR DISMISSAL

**[¶1]**　　　Pursuant to Federal Rule of Bankruptcy Procedure 7041,, Plaintiff and Defendants, by and through their attorneys, hereby jointly stipulate to the dismissal of this action with prejudice as to CAPEX as the Plaintiff regarding its claims against Defendants, any related State agency, and/or any person employed by the State and without an award of attorneys' fees, costs, or disbursements to any party as a result of this dismissal. This dismissal with prejudice does not attach to Secure Income Fund, LLC. Defendants, any related State agency, and/or any person employed by the State do not waive any defenses or arguments against Secure Income Fund, LLC or CAPEX by executing this stipulation.

Dated: January 23, 2026

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Maurice B. VerStandig*
　　　　　　　　　　　　　　　　　　　　　　　Maurice B. VerStandig, Esq.
　　　　　　　　　　　　　　　　　　　　　　　The Dakota Bankruptcy Firm
　　　　　　　　　　　　　　　　　　　　　　　1630 1st Ave. N., Ste. B PMB 24
　　　　　　　　　　　　　　　　　　　　　　　Fardo, ND 58102
　　　　　　　　　　　　　　　　　　　　　　　Phone: (701) 364-3215
　　　　　　　　　　　　　　　　　　　　　　　mac@dakotabankruptcy.com
　　　　　　　　　　　　　　　　　　　　　　　***Attorney for Plaintiff***

Dated: January 23, 2026          <u>*/s/ Berly D. Nelson*</u>
Berly D. Nelson (ND #05903)
Ana. A. Neir (ND #09142)
Special Assistant Attorney General
10 Roberts Street North
Fargo, ND 58102-4982
Phone: 701.232.8957
bnelson@serklandlaw.com
aneir@serklandlaw.com
***Attorneys for Defendants***