## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br>JAMIESON CAPEX FUND, LLC,<br>　　　　　　　　　　　　　Debtor. | **Bankruptcy No.: 24-30422**<br>**Chapter 11** |
| JAMIESON CAPEX FUND, LLC,<br>　　　　　　　　　　　　　Plaintiff,<br>　vs.<br>TIMOTHY KARSKY, in his official capacity as the Commissioner of the North Dakota Department of Securities,<br>　　　　　　　　　　　　　Defendants. | **Adversary No. 24-07030** |

### ORDER FOR DISMISSAL

**[¶1]**　On or about, June 30, 2025, the Jamieson CAPEX Func, LLC, ("CAPEX") and Timothy Karsky, in his official capacity as the Commissioner of the North Dakota Department of Securities (collectively "Defendants") moved to approve a compromise agreement, requiring the State to pay CAPEX $150,750.00 pursuant to an order approving the Settlement Agreement and providing that "CAPEX and the Defendants shall execute a joint stipulation of dismissal, in the Adversary Proceeding, noting such dismissal to be with prejudice as to CAPEX as the Plaintiff regarding its claims against the Defendants, any related State agency, and/or any person employed by the State but expressly reserving such prejudice to not attach to [Secure Income Fund, LLC]." On or about July 25, 2025, the Court approved the compromise and granted the motion to approve the compromise.

**[¶2]**　CAPEX and Defendants have filed a stipulation of dismissal.

**[¶3]**　The Court finds the terms of the stipulation for dismissal to be proper.

**[¶4]**　The Court adopts the stipulation in its entirety and **ORDERS**:

　　**a.**　The dismissal of this action with prejudice;

    **b.**    The dismissal with prejudice as to CAPEX as the Plaintiff regarding its claims against Defendants, any related State agency, and/or any person employed by the State, pursuant to Federal Rule of Bankruptcy Procedure 7041, and Rule 41(a)(1)(A)(ii) of the Federal Rules of Procedure;

    **c.**    Without attorneys' fees, costs, and disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

                                                        **BY THE COURT:**

                                                        _____

                                                        Shon Hastings,
                                                       Judge of the United States Bankruptcy Court