**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br>JAMIESON CAPEX FUND, LLC,<br><br>　　　　　　　　　　Debtor. | **Bankruptcy No.: 24-30422**<br><br>**Chapter 11** |
| JAMIESON CAPEX FUND, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>TIMOTHY KARSKY, in his official capacity as the Commissioner of the North Dakota<br>Department of Securities,<br><br>　　　　　　　　　Defendants. | **Adversary No. 24-07030** |

**ORDER FOR DISMISSAL**

On or about, January 23, 2026, the Jamieson CAPEX Func, LLC, ("CAPEX") and Timothy Karsky, in his official capacity as the Commissioner of the North Dakota Department of Securities, stipulated to dismissal of this adversary proceeding. Based on the stipulation and the order approving the parties' compromise agreement, the Court Orders:

　　a.　　The dismissal of this action with prejudice;
　　b.　　The dismissal with prejudice as to CAPEX as the Plaintiff regarding its claims against Defendants, any related State agency, and/or any person employed by the State, pursuant to Federal Rule of Bankruptcy Procedure 7041, and Rule 41(a)(1)(A)(ii) of the Federal Rules of Procedure;
　　c.　　The dismissal is without attorneys' fees, costs, and disbursements to any party.

　　　　　　　　　　　　　　　　　　/s/ Shon Hastings
　　　　　　　　　　　　　　　　　　Shon Hastings, Judge
　　　　　　　　　　　　　　　　　　United States Bankruptcy Court