**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br>JAMIESON CAPEX FUND, LLC,<br>　　　　　　　　　Debtor. | **Bankruptcy No.: 24-30422**<br>**Chapter 11** |
| JAMIESON CAPEX FUND, LLC,<br>　　　　　　　　　Plaintiff,<br>　　vs.<br>TIMOTHY KARSKY, in his official capacity as the Commissioner of the North Dakota Department of Securities,<br>　　　　　　　　　Defendants. | **Adversary No. 24-07030** |

## JUDGMENT

　　IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice.

Dated this 28th day of January, 2026.

　　　　　　　　　　　　　　　　　/s/ Shon Hastings
　　　　　　　　　　　　　　　　　Shon Hastings, Judge
　　　　　　　　　　　　　　　　　United States Bankruptcy Court