United States Bankruptcy Court
District of North Dakota

Jamieson CAPEX Fund, LLC,
    Plaintiff

Adv. Proc. No. 24-07030-skh

Timothy Karsky, in his official capacity,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 28, 2026 | Form ID: pdf2some | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | The State of North Dakota, 600 East Boulevard Avenue, Bismarck, ND 58505-0601 |
| dft | + | Timothy Karsky, in his official capacity as the Se, North Dakota Securities Department, 600 East Boulevard Avenue, State Capitol, 14th Floor Bismarck, ND 58505-0602 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2026      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2026 at the address(es) listed below:

**Name**    **Email Address**

Ana Neir
    on behalf of Defendant The State of North Dakota aneir@serklandlaw.com

Ana Neir
    on behalf of Defendant Timothy Karsky in his official capacity as the Securities Commissioner of the North Dakota Department of Securities, aneir@serklandlaw.com

Berly D. Nelson
    on behalf of Defendant The State of North Dakota bnelson@serklandlaw.com
    rtande@serklandlaw.com;aneir@serklandlaw.com;amcdarby@serklandlaw.com;lhruby@serklandlaw.com

Berly D. Nelson
    on behalf of Defendant Timothy Karsky in his official capacity as the Securities Commissioner of the North Dakota Department

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 28, 2026 | Form ID: pdf2some | Total Noticed: 2 |

    of Securities, bnelson@serklandlaw.com,
    rtande@serklandlaw.com;aneir@serklandlaw.com;amcdarby@serklandlaw.com;lhruby@serklandlaw.com

Christianna A. Cathcart

    on behalf of Plaintiff Jamieson CAPEX Fund  LLC christianna@dakotabankruptcy.com,
    Cathcart.ChristiannaB114029@notify.bestcase.com

Maurice VerStandig

    on behalf of Plaintiff Jamieson CAPEX Fund  LLC mac@mbvesq.com,
    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br>JAMIESON CAPEX FUND, LLC,<br>　　　　　　　　　　Debtor. | **Bankruptcy No.: 24-30422**<br>**Chapter 11** |
| JAMIESON CAPEX FUND, LLC,<br>　　　　　　　　　　Plaintiff,<br>　　vs.<br>TIMOTHY KARSKY, in his official capacity as the Commissioner of the North Dakota Department of Securities,<br>　　　　　　　　　　Defendants. | **Adversary No. 24-07030** |

**JUDGMENT**

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice.

Dated this 28th day of January, 2026.

　　　　　　　　　　/s/ Shon Hastings
　　　　　　　　　　Shon Hastings, Judge
　　　　　　　　　　United States Bankruptcy Court